# Third District Court of Appeal

## State of Florida

Opinion filed May 10, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-232
Lower Tribunal Nos. F99-4493, F99-13537, 02-21870

_____

**Alvin Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Affirmed. <u>See Donaldson v. State</u>, 327 So. 3d 471 (Fla. 3d DCA 2021).